okay good afternoon this is the hearing requested by attorney Bradley Hochberg in response to the order to show cause issued in docket number 14-80083 in order to show cause why respondent Hochberg should not be sanctioned in an for violations of rules and orders that says forth in the June 12 2014 order to show cause all right so mr. Hochberg I just want to let you know that this hearing is being recorded so in the event that there's any need for a record that can be produced or made available I also want you to know that you're entitled to be represented by counsel you understand that and you're choosing to represent yourself all right all right although this is a relatively small courtroom the acoustics are not great so it would be helpful to me if you would come up to the podium and in order to get a recording speak into the microphone that's there and because I'm going to be asking you a number of questions about the assertions in the order to show cause and I may have questions prompted by your presentation I'd like to begin by having my courtroom deputy swear you in uh... bradley b r a d l e y hawkberg h l c h p e r g okay uh... snow uh... uh... i'm happy to provide you with whatever time you need to uh... present your uh... case here uh... i do want to assure you that i have carefully reviewed your response to the order to show cause tried to review the history of your performance since that time so picture here about that and ask you questions but i do want to relieve you of the burden of having to reiterate matter that you've included in that solution yet because that's why what may speak yes uh... that's why i wanted to stand mostly with what i've wrote as the response but then to briefly well to speak about myself and then also my performance since then i did wish to to address that uh... i would like to begin by asking you to give me a little bit of your background uh... beginning with your education what what college did you attend uh... i attended i graduated from university of california irvine uh... back in nineteen eighty eight by then go ahead i'm just about as nervous as can be as i was stating to your clerk uh... i've never been this nervous for my bar exam nor for arguing my first case in court so uh... and as they say when you represent yourself we all know what you have for a client uh... now i can understand that but uh... i'm trying best to to go forward and be as honest as possible i then attended starting in nineteen eighty nine uh... whittier college school of law uh... i graduated whittier college school of law in nineteen ninety two became an attorney in california in uh... think it was uh... march twenty first nineteen ninety four uh... i was sworn in to this particular court uh... i believe it was in april i know it says here april eighteenth it was by judge preggerson of this court himself i went in think it was uh... made seventeen nineteen ninety four i started work for the united states small business administration as uh... i guess you would say as an attorney advisor uh... which lasted uh... that was in sacramento through their disaster relief organization uh... or branch so we say uh... that last it was supposed to be a temporary job because of the need for the earthquake uh... that job ended not because i was fired or terminated it was just as i said that there was no need anymore because they started out with five attorneys and by the time they hired everyone it was a hundred and eighty attorneys it was they said the largest law firm pretty much in california and that was based in sacramento the job lasted until i believe it was april twenty or august twenty second nineteen ninety five in i believe it was uh... december fourth of nineteen ninety five uh... i uh... basically to learn to learn the type of law that i wanted to do which was at the time criminal and family law i basically just about volunteered for another attorney for almost an entire year of not being paid doing upwares of seven hundred appearances in court sometimes it's average of fifteen sometimes as high as even twenty but i was young then at the time i was thirty two so i had a lot more energy and a lot more desire now this was in the the low-income community of the east side of los angeles a very hispanic community which is uh... my family's roots are from the east side of los angeles although i did not grow up there and by the time uh... ice came there in ninety five the neighborhood certainly changed uh... there was nobody left uh... from that would have been you know that we would have known okay who was the attorney you worked with? oh gustavo barcena he was a certified uh... criminal law specialist and i either was not paid by him or paid at most two hundred dollars a week by him as he put it this way he said i can't i may not be able to pay you much but that i can feed you and train you so i got lunches so we say but i was happy because i was appearing in court i was arguing cases i was learning the law from the ground up and i learned to like being a litigator on the i don't want to say i'm not ashamed of being a litigator on the lowest level but one has to i guess go with what they love and where their strengths lie and my love and strengths lie on being a litigator on the lowest level i may not be make myself into the newspapers i may not make new law but i enjoy and i still do enjoy what i love so about one year later i would say january of ninety seven i opened my own office uh... in the same area of east los angeles where i have still in the same office that i have been in since then uh... i didn't know whether i would last or not so as my father had said sign because they wanted me to sign a year lease uh... my father said well sign a six month lease you don't know if you're going to be there well all these years later i'm still there uh... again my practice has been criminal family and then as the needs of my clients in the area because it is a almost hundred percent hispanic area uh... i tend to cater to their needs which was criminal family uh... landlord tenant law and then of course uh... with that community there's a need for immigration lawyers and so as the years went on i started taking on some immigration cases but on the lower level uh... as in the lowest level of immigration court not necessarily appeals in fact even with uh... family and criminal i've done very few uh... state uh... appellate cases i have not admittedly done a whole lot because as i said my strengths and my uh... knowledge and my love is more on the not not to say to argue in the trenches but that is where not to say that there's nothing for being in the ninth circuit i feel that my strengths lie with the people on the lowest level but what happened is on these cases is that some of these clients they came to me because again they can't afford they can't a lot of my clients whether it's even on the lowest level family criminal a lot of them they would qualify for a public defender in that is criminal or in family they can't afford an attorney so what happens is they come to me because i've been in the area so long and they come to me they ask me for my help i have trouble turning these people down so as a result my family i don't want to say i'm going we're going hungry by no means as a result i can't afford some of the things for my family that that i would like to drive a honda civic i don't drive a mercedes-benz or a nice car although i wish i would sometimes i think that by this age of fifty one years old and being an attorney for as long as i have i sometimes wonder what do i have to show for it i do have a lot of grateful clients now as for the appellate work what happened is a number of very desperate people came to me and i didn't realize at the time to the full extent of what appellate cases would entail because certainly it's very easy to file admittedly it's very easy to file a petition for review and ask for a stay it's uh... takes very little time but one doesn't think what entails after that which is the full appellate process especially on the ninth circuit which require a brief now since this order to show cause although i have missed deadlines i have filed four briefs since and uh... i have filed four briefs since that i believe are competent one thing about this process i will say i'm not going to say glibly like oh i'm happy it happened because obviously i don't wish this kind of uh... stress on anyone the lack of sleep the overeating the high blood pressure but what it did do for me is it made me realize that that where my strengths and where my weaknesses lie and yes it did make me learn the law as i stated i filed four briefs that i believe have a good chance at uh... at at at working out but what it taught me was is that in my limited because i guess going back to my practices i'm a solo practitioner i do not have even money to have a receptionist i answer my own phones i'm available as long as my phone as long as i'm not asleep i'm there for my clients to pick up the phone on weekends on wherever at night so i don't have a secretary so a lot of it i have to do myself my own paperwork but on the lowest level i know how to do that and i'm good at it but on the appellate level i didn't realize the extent that it so as i was saying was although it taught me appellate law with these four briefs that i submitted the problem is is that even doing these briefs the amount of time and energy that goes into them would make it so that the rest of my clients on the lower levels of the court uh... system i would not be able to serve them so much time went into these that i have to decide that where my strengths lie and where my weaknesses lie and there is no shame in being a lawyer on the lower level now as for being as for all of the rules that i broke i did break many a number of rules i am not denying that i am not denying but i will deny all the way i did not do file these cases with an evil intent or an intent to delay processes as my response says that i honestly believe that these people had a chance and they were in some cases were very desperate i want to be able to go on serving the community but i do realize that my strengths do not lie in the appellate level however and i don't wish to resign from the ninth circuit it's my idea is that i want to see these cases through the ones that i filed briefs on because they're the only ones left and i want to be able to see them through uh... but i do not it's not my idea to take on any further cases because as i stated i just uh... i don't have the time and the capacity the time and the the energy or whatever to do these uh... because it would just basically bankrupt my my uh... cases and bankrupt uh... uh... everyone's time if the court would like to ask me some questions or if there's anything more i can uh... i've never been sanctioned by any court uh... in in in my twenty-odd years of being an attorney so uh... you know i don't again i don't wish to be suspended whatever was done was done because as i said i got involved in these cases if i had left these cases and told the client that they had to find another attorney i'm just someone who generally sees these things tries to see these things through i don't because they cannot afford another attorney but i have since not taken any further ninth circuit cases not because of necessarily of messing up but as i stated is i realize where my strengths and my weaknesses and where my love lies i don't want you to get mad that i don't want to be an appellate attorney it's just not my where my strengths and where my love lies did the court wish to hear anything else well i have an observation uh... i uh... appreciate your candor uh... i fully believe that the skills to be a good trial court litigator or a separate set of skills from those required to be a good appellate court litigator one you're standing on your feet arguing you have to balance all kinds of things that come at you like that in terms of rolling with punches and being able to make oral presentation trial court in the court of appeals it's much more contemplative you have to carefully think through things put in a lot of time thinking writing uh... strategizing it's a different skill set i think it is uh... understandable and i think a lot of both for you to come here and say that your skill lies where your passion is and that that's where you wanna focus your practice and i'm being very truthful to them not nobody prepped me with this to say oh say this i mean i'm being very i'm being very truthful and i hope the court understands that i haven't seen you in trial court having taken a look at the work that you've done here and even your response to the order to show cause suggests to me that your strength does not lie as an appellate litigator just in terms of expressing ideas clearly and persuasively in writing organized neatly using good expressive strategy good grammar proofreading all those kinds of things i don't see that in your written work here i think what i'm hearing from you is that you acknowledge that that's not where your strength lies absolutely i cannot deny that if uh... if i was going to recommend that you be allowed to continue to practice i would do so only on the condition that you spend an enormous amount of time in taking continuing education programs on appellate practice and all that kind of stuff but what i'm hearing you saying is you don't really want to be an appellate practitioner i don't i mean i don't want to as i stated i don't wish to be in bad standing with this court uh... as i stated i'm not resigning i i it's not my intention to be an appellate lawyer but certainly taking continuing education classes would certainly help my skills even on the lower level because i mean i'm not saying that some of what you learn on the appellate level you can certainly apply on the lower level the idea of writing a good because there are times when i do have to write it's not just all arguing off the cuff i have to write even for my family law for immigration whatever i have to write or criminal i have to write briefs it's something that i do and it's certainly something that i could learn from whether i choose to continue i don't want to make appellate law at least maybe i will after taking these classes maybe i will develop a love of it because i'll see that it's easier all i know is it's been very tough and without these classes that you were talking about it's been next to impossible and very overwhelming so i'm not saying that these classes wouldn't help even on the lower level well uh... so now i'm getting kind of a mixed message from you i thought you said earlier that you're uh... that that your future intention is to not to do appellate work i don't wish to focus on your trial court practice i do not wish to do appellate level work i was just merely stating if the court wanted to order me to take classes i would have no problem taking classes and that they would probably be helpful for me on the lower level well i'm not going to do that because i'm going to let you decide what you need to do uh... i think you're right that taking uh... classes in appellate practice and brief writing analytic thinking kinds of exercises practical exercises would be helpful at any level uh... but my concern in making a recommendation here is what i could recommend to rehabilitate you to the point where i could recommend that the court allow you to continue practicing in the ninth circuit so if i what i'm looking for is a solution here that will accommodate your needs and interests and also accommodate what i see as the interests of the ninth circuit up to now what the ninth circuit has had is a lot of resources being devoted to monitoring bradley hockberg yes i understand that and that i don't want that to happen now if you're just coming here and telling me i'm not going to come to this court anymore that leads me in one direction about how i what my recommendation is if you uh... if you uh... say to the court that i'm not going to file any more petitions for review in this court period but you know what happens when you get that call at two a.m. from your client at the airport that is not going to i am not taking any more ninth circuit cases however i don't wish as i stated i don't wish to be suspended if the court feels if the court feels that to protect the the court or the community it wishes me to take these classes i do not wish to be suspended so that if i have to take whatever courses the court would like i would do that but it is not my intention at all to take any more ninth circuit cases i hope that doesn't anger you that i don't want to that i don't want to take ninth circuit it relieves me but i do not and i reiterate that so let me ask you this question what if what if uh... if i were to suggest to you that one remedy here would be for you to voluntarily withdraw from the ninth circuit if the court if the court wanted me to do that i would do that uh... it's not my idea to do that but i would i would do that if that's what the court would like but i would also like to see the the four cases i have going with briefs there is nothing further to do on those cases but to await decisions and i would like to see those cases through so that it doesn't throw everything into a jumble right i understand that that doesn't i don't want to hurt these clients by doing that i don't see that that's unreasonable uh... let me ask you some specific questions about the cases before we return to this uh... question of the appropriate remedy here uh... so uh... i believe you were mentioning the one at the call at the airport maybe you want to know about that uh... although it's in there well yes that's the what  the late night one was yanku okay so i don't have any question about yanku well i do have a question about the actually on the yanku one that's one of the most i don't want to say egregious mistakes of mine but that is something that's pretty clear and again i'm falling on my own sword but you didn't bring it up but i'm bringing it up in full candor right well i i did as i said at the outset i read your uh... statement you said right at the beginning of your discussion at that court you realize that it shouldn't have been filed in the ninth circuit it should have been a habeas petition in district court so fine but in the defunct sica silva i for some reason i thought that also involved a flight that was on to portugal maybe it wasn't at the airport but anyway let me ask you this question in those petitions i was i was a little bit at a loss to understand from your response to the order to show cause why you believed that there was jurisdiction in this court may i review my response that was the one where your oh no i know the client i just wanted to look to see my particular response on that i do know and in particular where there is jurisdiction uh... because the this court's jurisdiction is limited to reviewing specific bia orders yes and not only is there a requirement that there be an order that's reviewable but also it has to be review has to be sought within a specific amount of time oh and actually to digress i didn't state about but the court's already seen it in my uh... response regarding my parents and the situations that they were under and my father ultimately dying and my mother who's eighty-eight that i've had to be the sole caretaker as in she does live on her own but i'm the sole person that's responsible for keeping an eye on her that was a lot of what went on here also but to go back to i just want to review my response for a second uh... i guess the only thing i can say is that uh... and again whether it's falling on my sword it's that i guess at the time i did not have his entire file with me as it basically states that i didn't handle his case on the lower court level and i guess that's you know having learned now what one can do and one can't do and i guess i must have to say like the call at two in the morning i basically to say the word shot first and ask questions later uh... i don't know what more i can say other than to be honest well and i that's all i want there were a number of cases where you lost touch with your client you were thinking that the case should probably be dismissed but but i couldn't get a hold of them so did you ever consider filing a motion to withdraw as counsel on any of those cases? you know that's i could even talk about that on the lower level sadly well on the lower level i don't usually lose contact with clients but i do have conflicts with clients and i haven't generally filed motions to withdraw on cases even on the lower court level but it's something that that i now obviously realize that if i can't get a hold of my client i can't sit there and hurt myself to protect these clients you know i cannot do that so that and i can't dismiss it because i haven't gotten a hold of them but to let the case sit there and and make extra work for the ninth circuit is not good either so i realize that i should have attempted in those cases to properly file a motion to withdraw can you fill me in on what happened in the Alba Heredia case? there was a stay of removal you obtained an extension of time to file the opening brief and yet it's now eight months later it has been filed but albeit it was filed within the last day or two it's one of those four briefs that were filed three of which were filed within the last couple days i know that your clerk is aware of it because i spoke with him about it so what happened what caused that delay? uh... there was a stay of removal granted because i guess because the government did not timely object and then you got an extension of time to file the brief and then the case was apparently dismissed for failure to prosecute for failure to file a brief yes quite a bit of time elapsed so what went on? well again some of that had to do with as i stated in my response may i review my response briefly? i don't think you talk about this case in your response i didn't see that anywhere the Alba Heredia case but if i missed it you can let me know well i'd like to at least try to look for them uh... in case it would appear as the court has stated that it does not appear to be in there so the best that i can say regarding that again it's i guess that it was one of those ones that between my practice solo practice between uh... caring for my parents and their needs it did slip through the cracks i'm not going to i'm not going to try to come up with some glib response as to why that happened but i have rectified the situation and the brief has been filed along with the proper motions in that case and that i wish to see i would like to see that through alright and Garcia Trinidad uh... that was the case where your client was seeking to secure a U-Visa and i was curious about what was the basis for seeking a U-Visa in the Trinidad Garcia Trinidad case let me see here can i review my response briefly yes i don't think it says no it just states i believe it just states that he was uh... seeking it uh... he was the victim of a crime and that uh... we were trying to i was trying to to seek a U-Visa on his behalf is this something that the petitioner seeks or is this something that the government seeks? uh... on a U-Visa there's a process one of which is you you go to the uh... the district attorney or the local police department uh... where he was the victim of that crime and you seek uh... uh... a some kind of statement from them certifying that in fact uh... that he's a victim of the crime a victim of a crime and that uh... they recommend you know they make a recommendation on whether they feel that he should be granted a U-Visa then the government then you then you petition uh... the U.S. government for uh... because a U-Visa is a limited visa that's only granted there's only so many of them granted per year to victims it's like a a special type of visa that's granted to crime victims so uh... in his case he had been the victim of a crime but sometimes that when the problem that we all encounter is is that when the client has a criminal record himself the local police department they don't feel they don't always feel so inclined to help this one-time victim out when they may have a a criminal record and then then the next level being the immigration again someone they'll weigh the positives and the negatives and say well it really should go to someone who has more of a clean record uh... so what's the current status of the petition for review in that case? I believe that let me just take a look at my response uh... to my knowledge that the case uh... has been dismissed by the ninth circuit I don't think that's correct because I think that's one of the one of that's not I don't want to say one of the charges against me but I believe that was one of the concerns the court had was that the petition was dismissed for failure to prosecute I'm going to spend just a moment and take a look at the docket because my belief is that it's still pending I believe it was I want to say it was dismissed on March 18, 2014 at least that's what I believe yeah do you have it up there? yeah I think I can get it is that an iPad? it is I'm going to take this up a little bit more I'm going to take this up a little bit more okay the last entry in this matter the last public entry is an order filed June 10th of last year 2014 says on August 22nd, 2013 and again on October 7th, 2013 and November 13th, 2013 the court ordered petitioner to file a motion to proceed in the form of paupers or pay the filing fees for this petition for review on January 13th, 2014 it's almost a year ago the court dismissed this petition for review for failure to prosecute after petitioner failed to comply with the court's orders on February 5th, 2014 petitioner filed a motion to proceed in the form of paupers and an emergency motion to reinstate the petition for review in temporary stay of removal  and ordered petitioner within 21 days to submit a completed form for financial affidavit in support of the motion to proceed in the form of paupers the original submission was lacking when petitioner failed to respond to the February 5th order the court again on March 18th provided petitioner with a corresponding extension of time to submit a form for financial affidavit despite these multiple extensions of time petitioner to date has not submitted a financial affidavit in support of the motion to proceed in the form of paupers accordingly petitioner's motion to proceed in the form of paupers is denied for failure to demonstrate indigence within 21 days after the date of this order petitioner shall pay $450 to this court otherwise the petitioner will be dismissed by the court for failure to prosecute the court notes that petitioner is represented by counsel Bradley Hochberg and that petitioner also has not complied with the court's August 22nd, October 7th, and November 13th orders directing petitioner to inform the court as to whether petitioner is the beneficiary of an approved U-Visa application and if so whether petitioner contends that the court should hold proceedings in abeyance pending disposition of the U-Visa application now my client I believe was removed by the immigration and he re-entered and he was put into custody I believe it was in a criminal proceedings which I was not representing him and that I did send him the form the form 4 which was at where he was being held and that he did not return it back to me okay this case is still pending in the court then I would have to do a motion to be relieved which I will gladly do I have 4 cases plus this one yes you are correct I have 4 cases plus this one the cases being yes exactly that is that makes 5 I guess that makes 6 now from 4 to 6 but I will gladly file a motion to withdraw on that one now that I know that it is still pending so in the order to show cause with respect to Castro the order to show cause stated that the opening brief you filed was badly written and did not cite to the record yes I do understand that I have since produced 4 briefs on other cases that not only comply with the law but I believe will actually I hope result in my client prevailing in Castro you know I am before this court and it has gone to a point where I don't know you know I mean my client is okay with what I produced but I understand that there are it is badly defective okay are you intending to file a reply brief in that case yes I am I would like to okay I think there is did you seek an extension of time I did and I believe that time has passed alright so I was busy with the 4 other ones that I had to deal with but yes so what is your intention now on that reply brief it would be to ask for an extension to prepare a reply brief on that one but if the court didn't wish to do that I would be fine you know if the court wishes not to that is fine too the court wishes that justice be done in the cases before it and if it is appropriate to file a reply brief the court would like to see a reply brief I believe in this matter it probably would be the right thing to do in the 4 other cases with briefs I believe my brief is is good enough that it does not need to have a reply brief okay so let's return to our discussion of what is an appropriate remedy here so I think it is understandable that you want to continue in these cases I think there is a basis for allowing that I also think it is a good idea for you not to practice in the 9th circuit after that and that would be you are suggesting it as a voluntary I would suggest that as a voluntary resignation from the bar of the 9th circuit and I would definitely agree with the court alright so what what I am going to need to do is figure out a way to make a recommendation that will allow you to continue representing but also require you to withdraw after that because it is unclear when these cases are going to be heard what I I am contemplating right now is issuing an order to you to file status reports with the court updating us periodically on the status of those cases and then with reminding you of your obligation to voluntarily withdraw from the court now if we do it this way I don't see that there will be any collateral I don't see that there will be any collateral consequences to you so you will be able to continue practicing at the you call it the lowest level I consider it the first level or in the trenches as some people would say the trenches yeah but that's the first our first offenders against threats to our liberty and freedom is maybe the best way to think of it but if we do it this way it won't have any collateral consequences as opposed to your resigning with charges pending if I were to do it that way with charges pending that order would be served on other bars and might have very adverse collateral consequences so my sense is that that I will try and structure an order along those lines and then ultimately at the point at which you resign I will recommend that the matter be closed that would be fine now I also expect you promptly to deal with the two matters that we've identified the reply, the extension of time that was one of the things we had identified that you need to do pronto now would the court again my my understanding of of appellate law is not as good as yours are would it be better for me to prepare a reply brief then do a motion to have that submitted or to ask for the extension first how would the court like to see me do that I don't want to get myself in any further trouble all right I think it would be probably more efficient for you to prepare the brief and file it with a motion for leave to file it late that would be fine I just wanted to make clear so I don't make any further missteps and as for the other case if after speaking with my client and and we deem it best to just voluntarily dismiss that case then that's what I will do also all right or or file a motion to withdraw okay how much time do you request to comply with those two matters I would ask for I believe ninety days how about thirty days again I know I'm not in the used car business here about splitting it but could I at least have sixty days sixty days to submit a brief and to resolve your representation yes of the Garcia yes either by a motion to withdraw or by a voluntary dismissal all right and I'm going to set up a schedule that will require periodic reports from you yes and I caution you to comply with the deadlines for those reports yes if you miss those we may just go to a more drastic yes solution now what would be the content or or the format so again I don't get myself in any trouble is there any kind of format that I can go off of when you talk about reports I'll issue an order requiring you to issue a status report on the status of each of the cases that are currently pending you'll report back and then you will after the last case is resolved in this court you will submit your voluntary resignation and how do I do that so I know or is that something I just asked the clerk you can just file a motion with my with the court in this docket number that simply says I Bradley Hochberg yes I think all you would need to do is is a motion that you volunteer I Bradley here here by voluntary resign from the bar the Ninth Circuit and that's without charges obviously pending you just say that and we'll and we'll remove you and I don't use this case number I just asked the clerk to to take my name off of the rolls this case you file it in this case oh I do okay now I do want to also tell you that what my role in this matter is is to prepare a report and recommendation to the court yes and what I will do at the end of this time and after your submit your resignation I will explain the steps that occurred in this based upon your representation that you weren't going to file no further petitions review which is also going to be in my order and that allowed you to complete the representation of those cases with the understanding that you would no longer practice in the court thereafter yes I will then recommend to the court that no further action is necessary in this case yes so I think there's a good likelihood that the court will adopt that recommendation and won't do anything more than that yes but I can't guarantee that yes it's unlike I see it as being very unlikely that they would do anything other than accept that recommendation yes do you understand yes I do all right so I'm now going to issue an order after this hearing that's that forbids you from filing any more petitions review that would be fine all right okay yes all right is there anything further that you wish to bring to my attention or anything? all right, well I appreciate your being here and I do appreciate your candor and I think that the resolution here is is good, it's going to allow you to go forward with your life and as you pointed out do the things that you are best at yes and capable of and we'll end this the stress as it has been since Friday the 13th of June when I received the papers yes a notable day all right, well that being said this matter is then submitted pending the issuance of an order and as stated I don't need to wait for such order I'm assuming it's electronically yeah it'll come to you no, no, no, not today we'll get it to you forthwith, as they say thank you yeah, so the main thing that you need to know is not file any more petitions I will not be filing any more all right okay okay
judges: Appellate Commissioner Shaw